UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20307-CR-MARTINEZ/AOR

UNITED STATES OF AMERICA,

v.

ANTONIO GLASS, et al.,

    Defendants.
_____/

**REPORT AND RECOMMENDATION RE: TRAVEL AND FEES
FOR DEFENDANTS' EXPERT DR. JESSE DE LA CRUZ**

THIS CAUSE came before the undersigned for Report and Recommendation on the appropriateness of the Voucher for Expert Services (hereafter, "Expert Voucher") submitted by Defendants' Language Gang Expert Dr. Jesse De La Cruz ("Dr. De La Cruz"), pursuant to an Order of Reference issued by the Honorable Jose E. Martinez, United States District Judge, pursuant to Title 28, United States Code, Section 636 [D.E. 898].

By Orders dated July 2, 2018 and August 20, 2018, the Court approved the following budget amounts for Dr. De La Cruz: 200 hours at rate of $200 per hour for a total of $40,000.00, plus travel costs. See Orders [D.E. 544, 681].

In his Expert Voucher, Dr. De La Cruz seeks reimbursement in the amount of $40,000.00 as compensation for his services, plus $1,704.63 in travel expenses, for a total amount of $41,704.63. The undersigned has reviewed Dr. De La Cruz's time entries and finds them to be reasonable.

## **RECOMMENDATION**

Based on the foregoing considerations, the undersigned RESPECTFULLY RECOMMENDS that that Dr. De La Cruz's Expert Voucher be APPROVED in the amount of $41,704.63, consisting of $40,000.00 as compensation for his services, plus $1,704.63 in travel expenses.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have <u>fourteen</u> days from the date of this Report and Recommendation to file written objections, if any, with the Honorable Jose E. Martinez. Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. <u>See</u> <u>Resolution Tr. Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." <u>See</u> 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Miami, Florida this 9th day of January, 2019.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
    Counsel of Record