UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20307-CR-MARTINEZ/AOR

UNITED STATES OF AMERICA,

v.

JERIMAINE BRYANT,
CURTIS BRYANT,
TORIVIS REGINALD INGRAM,
MARIO RODRIGUEZ

Defendants.
_____/

## AMENDED AND OMNIBUS REPORT AND RECOMMENDATION RE: INVESTIGATIVE FEES

THIS CAUSE came before the undersigned for Report and Recommendation on the appropriateness of the:

(1) Voucher for Investigative Services submitted by Defendant Jerimaine Bryant's Investigator Miami Dade Investigator, LLC ("MDI") (hereafter, "MDI Investigative Voucher"), pursuant to an Order of Reference issued by the Honorable Jose E. Martinez, United States District Judge under Title 28, United States Code, Section 636 [D.E. 878];

(2) Voucher for Investigative Services submitted by Defendant Curtis Bryant's Investigator Fuentech Investigations, Inc. ("Fuentech") (hereafter, "Fuentech Investigative Voucher"), pursuant to an Order of Reference issued by the Honorable Jose E. Martinez, United States District Judge under Title 28, United States Code, Section 636 [D.E. 880];

(3) Voucher for Investigative Services submitted by Defendant Torivis Reginald Ingram's Investigator Uptown Investigative Agency, Inc. ("Uptown") (hereafter, "Uptown Investigative Voucher"), pursuant to an Order of Reference issued by the Honorable Jose E.

Martinez, United States District Judge under Title 28, United States Code, Section 636 [D.E. 879]; and

(4)     Voucher for Investigative Services submitted by Defendant Mario Rodriguez's Investigator Navarro Investigative Services ("Navarro") (hereafter, "Navarro Investigative Voucher"), pursuant to an Order of Reference issued by the Honorable Jose E. Martinez, United States District Judge under Title 28, United States Code, Section 636 [D.E. 1127].

The following Investigative Services Budgets were previously approved:

(5)     By Order dated August 7, 2018, the Court approved an Investigative Services Budget consisting of 1,539 hours at the rate of $60 per hour for a total amount of $95,340.00 for MDI and Fuentech, respectively. See Order [D.E. 634].[1]

(6)     By Order dated August 6, 2018, the Court approved an Investigative Services Budget consisting of 1,839 hours at the rate of $60 per hour for a total amount of $110,340.00 for Uptown. See Order [D.E. 627].

(7)     By Order dated August 7, 2018, the Court approved an Investigative Services Budget consisting of 1,592 hours at the rate of $60 per hour for a total amount of $95,520.00 for Navarro. See Order [D.E. 632].

The Investigative Vouchers seek the following compensation:

(8)     The MDI Investigative Voucher seeks compensation in the amount of $98,790.00, representing 1,646.5 hours at the rate of $60 per hour. This amount exceeds the approved budget amount by $3,450.00.

(9)     The Fuentech Investigative Voucher seeks compensation in the amount of

---

[1] The requested hours were actually 1,589. See Investigative Services Detailed Budget Worksheet [D.E. 530-2]. The undersigned's Report and Recommendation contained a scrivener's error showing the hours as 1,539 [D.E. 614 at 3].

$73,338.00, representing 1,222.3 hours at the rate $60 per hour. This amount is $22,002.00 below the approved budget amount.

(10) The Uptown Investigative Voucher seeks compensation in the amount of $111,840.00, representing 1,864 hours at the rate of $60 per hour. This amount exceeds the approved budget amount by $1,500.00. The Uptown Investigative Voucher also seeks $97.12 in travel expenses.

(11) The Navarro Investigative Voucher seeks compensation in the amount of $89,886.00, representing 1,498.1 hours at the rate of $60 per hour. This amount is $5,634.00 below the budget amount. The Navarro Investigative Voucher also seeks $201.89 in travel expenses.

Comparing these requests, the undersigned finds that the lesser amount of $73,338.00 submitted by Fuentech represents the proper level of compensation for investigative services in this case. Therefore, the undersigned recommends a downward adjustment to $74,000.00 (after rounding), plus travel expenses, if any, for the MDI Investigative Voucher, the Uptown Investigative Voucher and the Navarro Investigative Voucher.

## **RECOMMENDATION**

Based on the foregoing considerations, the undersigned RESPECTFULLY RECOMMENDS that:

(12) The MDI Investigative Voucher be approved for $74,000.00.

(13) The Fuentech Investigative Voucher be approved for $73,338.00.

(14) The Uptown Investigative Voucher be approved for $74,000.00, plus $97.12 in travel expenses, for a total of $74,097.12.

(15) The Navarro Investigative Voucher be approved for $74,000.00, plus $201.89 in

travel expenses, for a total of $74,201.89.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have <u>fourteen</u> days from the date of this Report and Recommendation to file written objections, if any, with the Honorable Jose E. Martinez. Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. <u>See</u> <u>Resolution Tr. Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." <u>See</u> 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Miami, Florida this 8th day of March, 2019.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Jose E. Martinez
      Counsel of Record