UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERIMAINE BRYANT,

    Defendant.
_____/

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION
## RE: FEES FOR DEFENDANT'S EXPERT DR. ROBERT A. LEONARD

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation submitted by Defendant's Language Expert Dr. Robert A. Leonard pursuant to the Criminal Justice Act Voucher 113C.0725666. The Report was issued by United States Magistrate Judge Alicia M. Otazo-Reyes on March 5, 2019, [ECF No. 1126]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Final Payment as to Dr. Leonard in the amount of **$46,965.49.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court notes Counsel's Notice of Non-Objection to Magistrate's Amended Report and Recommendation RE: Expert Dr. Robert A. Leonard [ECF No. 1128]. Accordingly, the Court has considered the Report and Recommendation and the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia Otazo-Reyes' Amended Report and Recommendation RE: Fees for Defendant's Expert Dr. Robert A. Leonard [ECF No. 1126] is hereby **ADOPTED and AFFIRMED.**

Magistrate's Report and Recommendation RE: Fees for Defendant's Expert Dr. Robert A. Leonard [ECF No. 933] is **Denied as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __19__ day of March, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Bruce Fleisher, Esq
CJA Administrator