UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JERIMAINE BRYANT,

       Defendant.

_____/

## ORDER ADOPTING AMENDED AND OMNIBUS REPORT
## AND RECOMMENDATION RE: INVESTIGATIVE FEES

**THIS CAUSE** came before the Court upon the Amended and Omnibus Report and Recommendation RE: Investigative Fees submitted by Defendant Jerimaine Bryant's Investigator Miami Dade Investigator, LLC., pursuant to the Criminal Justice Act Voucher 113C. 0714991. The Report was issued by United States Magistrate Judge Alicia M. Otazo-Reyes on March 8, 2019, [ECF No.1133]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Final Payment on CJA Voucher and that Miami Dade Investigator, LLC., be paid a total sum of **$74,000.00**. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court notes Counsel's Notice of Non-Objection to Magistrate's Amended and Omnibus Report and Recommendation RE: Investigative Fees [ECF No. 1135]. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record and for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

       **ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Amended and Omnibus Report and Recommendation RE: Investigative Fees [ECF No. 1133], is hereby **ADOPTED and AFFIRMED.**

Magistrate's Report and Recommendation RE: Investigative Fees [EFC No. 1008] is **Denied as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __19__ day of March, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Bruce Fleisher, Esq
CJA Administrator