UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS BRYANT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND AMENDED AND OMNIBUS REPORT AND RECOMMENDATION RE: INVESTIGATIVE FEES

**THIS CAUSE** came before the Court upon the Report and Recommendation and Amended and Omnibus Report and Recommendation RE: Investigative Fees submitted by Defendant Curtis Bryant's Investigator Fuentech Investigations, Inc., pursuant to the Criminal Justice Act Voucher 113C. 0647036. The Reports were issued by United States Magistrate Judge Alicia M. Otazo-Reyes on January 23, 2019, [ECF No.1009], and on March 8, 2019, [ECF No. 1133]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Final Payment on CJA Voucher and that Fuentech Investigations Inc., be paid a total sum of **$73,338.00**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. Accordingly, the Court has considered both Reports and Recommendations, the pertinent parts of the record and for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 1009, 1133], are hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_19\_ day of March, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Michael Band, Esq
CJA Administrator